1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11   GUOCHEN XIA,                          Case No.:  26-cv-424-RSH-VET

12                          Petitioner,    **ORDER GRANTING PETITION**
13   v.                                    **FOR WRIT OF HABEAS CORPUS**

14   CHRISTOPHER J. LAROSE, Senior Warden,
     Otay Mesa Detention Center, et al.,
15
16                          Respondents.
17

18       On January 23, 2026, petitioner Guochen Xia filed a petition for writ of habeas

19   corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues, among

20   other things, that rather than being subject to mandatory detention under 8 U.S.C. §

21   1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶¶ 112-16. The Court

22   thereafter issued a briefing schedule. ECF No. 2.

23       On February 5, 2026, Respondents filed a return acknowledging that "Petitioner is

24   detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a

25   bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

26       Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond

27   hearing for petitioner Guochen Xia before an immigration court pursuant to 8 U.S.C. §

28   1226(a) within ***seven (7) days*** of this order as described above. To the extent Petitioner

continues to seek relief following the bond hearing, he shall promptly advise the Court at that time. If Petitioner seeks to recover fees, he must do so by noticed motion in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. The Court **VACATES** the hearing date set for February 12, 2026.

   **IT IS SO ORDERED**.

Dated: February 5, 2026

Robert S Huie
_____
Hon. Robert S. Huie
United States District Judge

26-cv-424-RSH-VET