

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Guochen Xia

**Civil Action No.**   26CV0424-RSH-VET

**Plaintiff,**

**V.**

Christopher J. Larose, Senior Warden,
Otay Mesa Detention Center, San Diego,
California et al

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted.

**Date:**          2/5/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Petersen

J. Petersen, Deputy